UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARQUEAL HEWING,

       Plaintiff,

v.                                        Case No. 15-cv-753-pp

THOMAS OZELIE,
ALLAN TENHAKEN, and
JOHN DOES 1-3,

       Defendants.

---

**ORDER**

---

On August 14, 2017, the court issued an order telling the plaintiff that if he wanted to oppose the defendants' motion to dismiss/motion for summary judgment, he must file his opposition brief in time for the court to receive it by Friday, September 15, 2017. Dkt. No. 43. The court told the plaintiff that if it did not receive his opposition brief by that date, the court would dismiss his case on the next business day, without further notice or hearing. That deadline has passed, and the court has not received the plaintiff's response to the motion. The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, effective immediately.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within **30 days** of the entry of judgment. See Fed. R. App. P. 3, 4. This court may extend this deadline if a party timely

1

requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. See Fed. R. App. P. 4(a)(5)(A).

Under certain circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **28 days** of the entry of judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2).

A party is expected to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin this 18th day of September, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**